**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1767

ANTHONY ZAPPIN,

Plaintiff - Appellant,

v.

ANCIL G. RAMEY; STEPTOE & JOHNSON PLLC; KEVIN M. DOYLE; JORGE DOPICO; RACHAEL FLETCHER CIPOLETTI,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:22-cv-00080)

Submitted:  January 30, 2024                    Decided:  February 2, 2024

Before AGEE and THACKER, Circuit Judges.*

Affirmed by unpublished per curiam opinion.

Anthony Zappin, Appellant Pro Se.  Ancil Glenn Ramey, STEPTOE LLP, Huntington, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

---

* The opinion is filed by a quorum pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Anthony Zappin appeals the district court's orders (a) accepting the magistrate judge's recommendation to grant Defendants' motions to dismiss Zappin's 42 U.S.C. § 1983 civil rights and state law abuse of process claims and for a prefiling injunction against Zappin; and (b) denying Zappin's Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Zappin v. Ramey*, No. 3:22-cv-00080 (S.D.W. Va. Feb. 2, 2023; June 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*